IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON BYNUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRUSTEES OF THE UNIVERSITY | : | |
| OF PENNSYLVANIA, et al. | : | NO. 14-4548 |

ORDER

`       AND NOW, this 18th day of November, 2014, upon consideration of the motion to dismiss filed by the Trustees of the University of Pennsylvania, the University of Pennsylvania, and University of Pennsylvania Police Officer Cooper, Badge No. 111 ("Officer Cooper") (docket entry #4), plaintiff Brandon Bynum's response in opposition thereto, and defendants' reply, and based upon the reasoning contained in our Memorandum issued this day, it is hereby ORDERED that:

  1. Defendants' motion to dismiss (docket entry #4) is GRANTED IN PART;

  2. All claims against the University of Pennsylvania are DISMISSED WITH PREJUDICE;

  3. Counts I and II of the Complaint are DISMISSED;

  4. Counts III, IV, and V are DISMISSED IN PART as to defendant Trustees of the University of Pennsylvania only;

  5. The official capacity claims against Officer Cooper and Officers John Doe #1-10 are DISMISSED;

  6. The portion of Count VI referring to "interference with state constitutional

2

rights" is DISMISSED WITH PREJUDICE; and

       7.    Defendants shall ANSWER the Complaint by December 2, 2014.

BY THE COURT:

/S/ STEWART DALZELL, J.
Stewart Dalzell, J.