IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON BYNUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRUSTEES OF THE UNIVERSITY | : | |
| OF PENNSYLVANIA, et al. | : | NO. 14-4548 |

_____

| | | |
|---|---|---|
| BRANDON BYNUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRUSTEES OF THE UNIVERSITY | : | |
| OF PENNSYLVANIA, et al. | : | NO. 15-1466 |

ORDER

AND NOW, this 23rd day of July, 2015, upon consideration of defendants'

motion to dismiss (docket entry #9), plaintiff Brandon Bynum's response in opposition thereto,

defendants' motion for leave to file a reply brief  in support of their motion to dismiss (docket

entry #18), defendants' motion for sanctions (docket entry #8), Bynum's response in opposition

thereto, and defendants' motion for leave to file a reply brief in support of their motion for

sanctions (docket entry #19), and for the reasons set forth in our Memorandum issued this day, it

is hereby ORDERED that:

1.      Defendants' motion for leave to file a reply brief in support of their

motion to dismiss (docket entry #18) is GRANTED;

2.      The Clerk of Court shall DOCKET Exhibit A as "Defendants' Reply Brief

in Support of Defendants' Motion to Dismiss;"

3.      Defendants' motion to dismiss (docket entry #9) is GRANTED-IN-PART

and DENIED-IN-PART as follows;

4.      Counts I, II, V, and the portion of Count VI referring to "interference with state constitutional rights" are DISMISSED WITH PREJUDICE;

5.      Defendants' motion for leave to file a reply brief in support of their motion for sanctions (docket entry #19) is GRANTED;

6.      The Clerk of Court shall DOCKET Exhibit A as "Defendants' Reply Brief in Support of Defendants' Motion for Sanctions;"

7.      Defendants' motion for sanctions (docket entry #8) is DENIED;

8.      Defendants shall ANSWER the complaint by noon on August 5, 2015;

9       The two above-captioned actions are CONSOLIDATED for all purposes;

10.     The Clerk of Court is DIRECTED to file all papers in C.A. No. 14-4548 and TRANSFER them to the docket of C.A. No. 15-1466; and

11.     The Clerk of Court shall CLOSE C.A. No. 14-4548 statistically.

BY THE COURT:

_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.

2